# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0193.  CAMERON BROWN v. BRANDON HORTMAN.**

Cameron Brown and Brandon Hortman are the parents of a child born in 2021. Hortman filed a legitimation action, and in December 2023, the trial court entered an order of legitimation and a temporary order awarding the parties joint legal custody and Brown primary physical custody. In July 2024, the court entered a final order again awarding joint legal custody but awarding Hortman primary physical custody. Brown filed a timely motion for new trial, which was denied. She thereafter filed this timely application for discretionary appeal challenging the award of custody to Hortman.[1]

Ordinarily, appeals of orders in domestic relations cases must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b). However, under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. Because Brown challenges the trial court's custody ruling, the order is subject to direct appeal. See *In the Interest of N. C.*, 363 Ga. App. 398, 403 (1) (870 SE2d 569) (2022) ("Normally, appeals in legitimation cases must be initiated by filing an application for discretionary appeal. However, a party seeking to challenge a child custody order entered in a legitimation case may file a direct appeal.") (citation omitted). We will grant a timely application for discretionary appeal if the lower

---

[1] Brown sought and obtained an extension to file her application for discretionary appeal. See Case No. A25E0044 (Nov. 25, 2024).

court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Brown has ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  01/16/2025*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*